UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRENDA KRIEGER, Administrator of the Estate of
James Krieger,

    Plaintiff,

  v.

GURMIT SINGH, SULTAN TRUCKING, INC.,
ARMSTRONG TRANSPORTATION, LLC, SJ
TRANS, INC., UNITED STATES COLD STORAGE
OF CALIFORNIA, and SUPHERB FARMS,

    Defendants.

Case No. 24-cv-2530-JPG

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the unopposed motion of plaintiff Brenda Krieger, administrator of the estate of James Krieger, for leave to file a Second Amended Complaint to add four new defendants to this case (Doc. 25).

For the reasons stated in the Court's January 17, 2025, order, the Court **GRANTS** the motion to amend the complaint to add four new defendants to this case (Doc. 25). The Court **ORDERS** that the plaintiff shall have up to and including January 24, 2025, to electronically file the amended pleading tendered with her motion.

The Court's prior Order to Show Cause remains valid. The plaintiff must show cause within 21 days of her filing the First Amended Complaint why the Court should not dismiss this case for lack of subject matter jurisdiction based on the failure to establish complete diversity, specifically, the failure to properly plead the citizenship of Armstrong Transportation, LLC. Failure to respond to the order to show cause may result in dismissal of this case for lack of subject matter jurisdiction or for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Amendment of the faulty pleading to reflect an adequate basis for subject matter jurisdiction will satisfy this order.

The plaintiff need not seek further leave of Court to file a third amended pleading to cure this

jurisdictional deficiency.

**IT IS SO ORDERED.**
**DATED:  January 22, 2025**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**