IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRENDA KRIEGER, *Administrator of the Estate of James Krieger,*

Plaintiff,

v.

GURMIT SINGH, *et al.*,

Defendants.

Case No. 24-2530 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs other than as in the approved settlement agreement.

**Dated: 3/30/2026**          **MONICA A. STUMP, Clerk of Court**

**s/ Tina Gray, Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**